UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DANIEL, | ) | CASE NO.: 1:18-cv-1661 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN RONALD ERDOS, | ) | **ORDER AND DECISION** |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has examined the Report and Recommended Decision of Magistrate Judge Knepp, submitted in this matter on April 20, 2020. Doc. 10. Upon due consideration, and no objections having been filed by the parties, the Court adopts the Report and recommended findings and conclusions of the Magistrate Judge and incorporates them herein. Therefore, it is ordered that petition is hereby DISMISSED in its entirety with prejudice.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.


 June 2, 2020                                                                  */s/ John R. Adams*
                                                                                                                                      JUDGE JOHN R. ADAMS
                                                                                                                                      UNITED STATES DISTRICT JUDGE